IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**            )
                                         )
              Plaintiff,            )
                                         )
V.                                       )            Criminal No. **08-30036-DRH/CJP**
                                         )
**WILLIE F. JOHNSON,**                   )
                                         )
              Defendant.            )

## <u>ORDER of DETENTION</u>

**PROUD, Magistrate Judge:**

This matter is now before the court on the Government's Motion to Revoke Bond. **(Doc. 19).**

On March 5, 2008, defendant Willie F. Johnson  was released on bond pending trial. **(Doc. 8)**.

While represented by counsel, defendant waived his right to an evidentiary hearing in open court on April 25, 2008.  Defendant did not oppose the Government's motion.

18 U.S.C. § 3148 mandates that an order of revocation and detention be entered if the Court:

> (1) finds that there is–
>     (A) probable cause to believe that the person has committed a Federal, State, or local crime while on release;  or
>     (B) clear and convincing evidence that the person has violated any other condition of release;  and
> (2) finds that–
>     (A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community;  or
>     (B) the person is unlikely to abide by any condition or combination of conditions of release.
> If there is probable cause to believe that, while on release, the person

committed a Federal, State, or local felony, a rebuttable presumption arises that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community. If the judicial officer finds that there are conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community, and that the person will abide by such conditions, the judicial officer shall treat the person in accordance with the provisions of section 3142 of this title and may amend the conditions of release accordingly.

**18 U.S.C. § 3148(b).**

Based upon the waiver and the motion to revoke, the court finds by clear and convincing evidence that defendant has admitted to his probation officer that he has used alcohol, crack cocaine, and marihuana laced with cocaine. He tested positive for cocaine and marihuana by urinalysis on April 3, 2008. On April 22, 2008, defendant contacted his probation officer by telephone, and stated that he had been up all night and "did not know what to do." His voice was slurred, and he admitted to using alcohol. He reported to the U.S. Probation Office later that day, and admitted to using marihuana laced with cocaine, and alcohol.

The court finds, based on the factors set forth in 18 U.S.C. §3142(g), that no condition or combination of conditions will assure that Willie Johnson will not pose a danger to the safety of any other person or the community. In the present circumstances, this court finds that it is unlikely that defendant will abide by the conditions of his release.

**IT IS THEREFORE ORDERED** that the Government's Motion to Revoke Bond **(Doc. 19)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant, Willie F. Johnson, be committed to the custody of the Attorney General for confinement in a corrections facility; and that the defendant be afforded reasonable opportunity for private consultation with his counsel; and that, on order of a court of the United States, or on request of an attorney for the Government, the

person in charge of the corrections facility in which the defendant is confined deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with court

proceedings.

**IT IS SO ORDERED.**

**DATED: April 25, 2008.**


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**