IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**WILLIE F. JOHNSON**

    **Defendant.**                                          Case No.08-cr-30036-DRH

## ORDER

**HERNDON, Chief Judge:**

        Before the Court is an oral motion to continue suppression hearing, made by Defendant's counsel. Currently, there is an active warrant for Defendant's arrest for bond violation. Defendant remains "at large." The Government does not object to this motion. For good cause, the Court hereby **GRANTS** said Motion and continues the suppression hearing set for August 20, 2008 to **Tuesday, September 2, 2008 at 1:30 p.m.** Further, the Court notes that the Speedy Trial Act provides excludable time for any periods of "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion . . . ." ***See* 18 U.S.C. § 3161(h)(1)(F).** Lastly, if Defendant has not been arrested on this warrant in time for the September 2, 2008 suppression hearing date, Defendant's counsel shall need to file an appropriate

motion requesting further continuance (such motion shall likely also include the pending trial date).

**IT IS SO ORDERED.**

Signed this 19th day of August, 2008.

/s/      *DavidRHerndon*

**Chief Judge**
**United States District Court**