**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**WILLIE F. JOHNSON**

      **Defendant.**                       **Case No.08-cr-30036-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is a Motion to Continue Hearing on Motion to Suppress (Doc. 57), filed on behalf of Defendant. Currently, there is an active warrant for Defendant's arrest for bond violation. Defendant still remains "at large." The Government does not object to this motion. Because proceeding with the hearing in Defendant's absence would likely violate his rights to due process and confrontation of witnesses under the 5th and 6th Amendments and Rule 43 of the Federal Rules of Criminal Procedure, the Court hereby **GRANTS** said Motion and continues the suppression hearing set for September 2, 2008 to **Monday, November 24, 2008 at 1:30 p.m.**

      Further, the Court notes that the Speedy Trial Act provides excludable time for any periods of "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of,

such motion . . . ." *See* **18 U.S.C. § 3161(h)(1)(F)**.

Lastly, if Defendant has not been arrested on this warrant in time for the November 24, 2008 suppression hearing date, Defendant's counsel shall again need to file an appropriate motion requesting further continuance.

**IT IS SO ORDERED.**

Signed this 1st day of October, 2008.

/s/      *David R Herndon*

**Chief Judge**
**United States District Court**