IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08-30036-DRH |
| | ) | |
| WILLIE F. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

On March 26, 2009, this court entered an order for forfeiture against defendant Willie F. Johnson, for the following property which had been seized from said defendant:

**One Esperanza y Unceta, 1911 Model "Victoria" Patent, 6.35 mm (.25 auto) caliber, Semi-automatic pistol, bearing Serial Number 40164.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning August 12, 2009, and ending September 10, 2009, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on March 26, 2009, namely:

**One Esperanza y Unceta, 1911 Model "Victoria" Patent, 6.35 mm (.25 auto) caliber, Semi-automatic pistol, bearing Serial Number 40164.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE:** November 12, 2009.

/s/    *DavidRHerndon*
**DAVID R. HERNDON**
**Chief Judge**
**United States District Court**